MARK ROSENBUSH
Attorney at Law
214 Duboce Avenue
San Francisco, Ca. 94103
Tele (415) 861-3555   Fax (415) 255-8631

February 7, 2007

(E-Filed and sent via facsimile to 415-522-4021)

Hon. James Larson
U.S. District Court Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: U.S. v. VNCI, et. al. (Allan Green) CR 05-0208 CRB

Dear Judge Larson,

    I spoke yesterday with Venice regarding scheduling of a further settlement conference regarding this matter. She indicated that the Court had no additional time available on February 15 after scheduling further settlement conferences for two co-defendants on that day. I asked whether time would be available on February 16, since Mr. Wood from DOJ Anti-Trust was coming in for the conferences on the 15th. Venice indicated that the 16th, in the afternoon, would be available if Mr. Wood was able to make the conference. I thereafter called Mr. Wood and left him a message regarding his availability on February 16. This morning I received a return telephone message from Mr. Wood indicating that he would be available, should the Court choose to schedule a further conference that day.

    Accordingly, I am requesting that the Court calendar a further settlement conference regarding Allan Green for the afternoon of Friday, February 16, 2007. Thank you for your attention to this matter.

    Yours Truly,

    /s/ Mark Rosenbush

    Mark Rosenbush
    Attorney for Allan Green

A further settlement conference has been scheduled for Friday, February 16, 2007 at 1:30 pm.

*IT IS SO ORDERED*
*Judge James Larson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA