MARK ROSENBUSH (CSB #72436)
Attorney at Law
214 Duboce Avenue
San Francisco, CA 94103
Tel: 415-861-3555
Fax: 415-255-8631

Attorney for Defendant
ALLAN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 05-00208 CRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | Re Payment of Costs for Defendant's |
| v. ) | Travel to Attend Court Proceedings |
| ) | |
| VNCI Inc., ) | [18 U.S.C. section 4285] |
| (Alan Green) ) | |
| ) | |
| Defendant. ) | |
| ) | |

On motion of defendant ALLAN GREEN by and through his counsel MARK ROSENBUSH, made pursuant to 18 United States Code section 4285 and good cause appearing therefor;

IT IS HEREBY ORDERED that the costs associated with defendant ALLAN GREEN's non-custodial travel to the Northern District of California for the purposes of attending court proceedings in this case shall be paid by the United States Marshal, the Court having appointed counsel pursuant to the Criminal Justice Act, and being satisfied that the defendant is financially unable to pay the costs associated with traveling to and from this judicial district for court appearances, and the defendant's attendance being required by the Court;

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant with the fare, ticketing or other travel expenses as necessary for the defendant to travel from

Temecula, California to this district, and for return travel, and furnish the defendant with per diem expenses for one day, in the amount specified in 5 United States Code section 5702(a). Travel to this district shall be provided for on the morning of April 10, 2007, for timely appearance at Judge Breyer's Courtroom at 12:15 p.m., and return travel shall be provided for on the evening of that same date. The Marshal shall co-ordinate travel arrangements and delivery of ticketing/information through counsel for Mr. GREEN.

IT IS FURTHER ORDERED that this Order shall apply only to costs associated with the defendant's attendance at hearings before Judge Breyer on April 10, 2007 at 12:15 p.m.

Dated: __April 5, 2007__, 2007.



HON. JAMES _____
U.S. DISTRICT MAGISTRATE JUDGE

IT IS SO ORDERED
Judge James Larson

*GREEN: ORDER re travel funds*                 2